**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS TO MODIFY STAY**

All Cases: Debtor(s)  Richard C Jackson            Case No. 19-18876         Chapter 13

All Cases: Moving Creditor  Wells Fargo Bank, N.A.         Date Case Filed  July 3, 2019

Nature of Relief Sought: ☒ Lift Stay    ☐ Annul Stay    ☒ Other (describe) Dismissal

Chapter 13: Date of Confirmation Hearing _____    or Date Plan Confirmed  September 24, 2019

1. Collateral
   a. Home  1117 N Waller Ave, Chicago, IL 60651
   b. Car Year, Make and Model _____
   c. Other (describe) _____

2. Balance owed as of April 14, 2020 is $ 206,259.48
   Total of all other liens against collateral $8,495.00 upon information and belief

3. In chapter 13 cases, attach a payment history listing the amount and dates of all payments received from the debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ 354,000.00

5. Default
   a. Pre-Petition Default
      Number of months  1   Amount $1,617.47

   b. Post-Petition Default
      i. On direct payments to the moving creditor
         Number of months  4   Amount $6,356.00
      ii. On payments to the Standing Chapter 13 Trustee
         Number of months  N/A   Amount $N/A

6. Other Allegations
   a. Lack of Adequate Protection § 362 (d) (1)
      i. No Insurance _____
      ii. Taxes Unpaid _____  Amount $_____
      iii. Rapidly depreciating asset _____
      iv. Other (describe) _____

   b. No Equity and not Necessary for an Effective Reorganization § 362 (d) (2) _____

   c. Other "Cause" § 362 (d) (1) _____
      i. Bad Faith (describe) _____
      ii. Multiple filings _____
      iii Other (describe) _____

   d. Debtor's Statement of Intention regarding the collateral
      i. ☐ Reaffirm          ii. ☐ Redeem
      iii. ☐ Surrender       iv. ☒ No Statement of Intention Filed

Date:  April 17, 2020              /s/ Michael N. Burke
                                   Counsel for Movant